# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-40040
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 30, 2017

Lyle W. Cayce
Clerk

WILLIE JEFFERSON,

Plaintiff-Appellant

v.

ROBERT SMITH; MICHAEL GREENE, Administrative Remedy Coordinator; MICHAEL CARVAJAL; HARRELL WATTS, National Inmate Appeals Administrator; DARRELL ENDSLEY; DONNIE GOLDEN,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:13-CV-18

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Willie Jefferson, federal prisoner # 15721-018, is barred from proceeding in forma pauperis (IFP) under 28 U.S.G. § 1915(g) because, on at least three prior occasions while incarcerated, he has brought an action or appeal in a court of the United States that was dismissed as frivolous or for failure to state a claim upon which relief could be granted. *See Jefferson v. Ofodile,* No. 1:99-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-40040

CV-2916 (N.D. Ga. May 18, 2000); *Jefferson v. Ofodile*, No. 00-12844 (11th Cir. Dec. 18, 2000); and *Jefferson v. Castro,* No. 06-11838 (11th Cir. Aug. 17, 2006). Jefferson has not demonstrated that he is "under imminent danger of serious physical injury." § 1915(g). Thus, the district court improvidently granted Jefferson leave to proceed IFP on appeal.

Accordingly, Jefferson's IFP status is decertified, and the appeal is dismissed. Jefferson has 15 days from the date of this opinion to pay the full appellate filing fee to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED